# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

143252 & (41)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WELLS FARGO BANK, N.A., as Trustee for
The MLMI Trust Series 2005-FFH1
   Plaintiff-Appellee,

v

VERITA HINES-FLAGG,
   Defendant-Appellant.

SC: 143252
COA: 302193
Wayne CC: 10-011505-AV

_____/

   On order of the Court, the application for leave to appeal the April 14, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to stay the trial court proceedings is DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

           Clerk

h0928